IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV-10-TMP-1281-S ) |
| RONALD AND KIMBERLY SELLERS, et al., | ) ) ) |
| Defendant. | ) |

### ORDER

Pending before the court is defendants Juan Tovar d/b/a Greenwood Farmers and Vulcan Brick Masonry's motion to dismiss or in the alternative motion to stay (doc. 11.)  On December 10, 2010, the magistrate recommended that the motion to be denied.  The moving defendants thereafter filed an objection to the recommendation.

Having carefully reviewed *de novo* the entire court file, including the report and recommendation, and the objections thereto, the undersigned is of the opinion that the magistrate's recommendation should be, and hereby is, ACCEPTED and ADOPTED.  It is hereby ORDERED, ADJUDGED, and DECREED that the motion to dismiss, and all alternative relief sought therein, is DENIED.

DONE and ORDERED this 7th day of March, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE